| | |
|---|---|
| 1 | DAVID M. HELBRAUN  SBN 129840 |
| | **HELBRAUN LAW FIRM** |
| 2 | 44 Montgomery Street, Suite 3340 |
| | San Francisco, CA 94104 |
| 3 | Phone:  (415) 986-1338 |
| | Fax:     (415) 421-0912 |
| 4 | dmh@helbraunlaw.com |

Attorneys for Plaintiff
GERALD FRIENDS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRIENDS | Case No.: 2:17-CV-02633-KJM-CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER MODIFYING DISCOVERY DEADLINES |
| SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF DEPARTMENT, SAN JOAQUIN COUNTY SHERIFF STEVE MOORE SAN JOAQUIN COUNTY SHERIFF DEPUTY HERNANDEZ, SHERIFF DEPUTY SGT. ORAM, UNIDENTIFIED SAN JOAQUIN COUNTY SHERIFF DEPUTIES, AND DOES 1-50, Jointly and Severally, | |
| Defendants. | |

WHEREAS, an Initial Scheduling Conference was held in this matter on May 24, 2018; and the Court's Initial Scheduling Pretrial Order then issued on June 21, 2018; and

WHEREAS the parties have been duly diligent in pursuing discovery, as follows:

The parties timely exchanged Initial Disclosures;

Defendants served Interrogatories Set One on or about July 7, 2018 and Plaintiff provided responses to those interrogatories on August 9, 2018;

Plaintiff served Requests for Production of Documents on or about July 18, 2018, and defendants responded to Plaintiff's Requests for Production of Documents on or about September 19, 2018, producing some documents, but objecting to production of other requested documents, which has been the subject of meet and confer between the parties, with defendants' substantive written response to Plaintiff's October 7 meet and confer being dated October 24, 2018;

The parties, at Plaintiff's suggestion, entered into a Stipulated Protective Order to address various confidentiality issues, including some posed by defendants in their written responses to Plaintiff's document requests, and the parties submitted the Stipulated Protective Order to the Court on October 24 and the court entered that Order on October 25, 2018;

The parties are proceeding with a site inspection of the jail location of the incident on November 9, 2018;

Plaintiff's deposition is tentatively set for the week of December 4, 2018, and at least one involved Sheriff deputy's deposition is tentatively set for the following week, although Plaintiff must resolve still-pending disputes concerning production of all relevant or potentially relevant documents before conducting depositions of the defendant witnesses; and

WHEREAS, the parties are endeavoring to use their resources efficiently to avoid any unnecessary attorney's fees in preparation for the Early Settlement Conference set for January 10, 2019; and

WHEREAS, this case involves six San Joaquin County Sheriff deputies who participated in the acts complained of, as well as an investigating Sheriff Sergeant, all of whom will need to be deposed, as well as, possibly, the Lieutenant in charge of South Jail Operations, to complete adequate discovery to prepare for trial, but al those witnesses do *not* necessarily need to be deposed for adequate preparation for the January 10, 2019 Early Settlement Conference; and

WHEREAS, given the upcoming Holidays and trial counsel's other case commitments, and

given the circumstances of this particular jail beating case, the parties agree that the current non-expert discovery deadline of January 25, 2019 is insufficient in the interests of the furtherance of justice to adequately accommodate all necessary non-expert discovery in this case despite their due diligence as described above;

THEREFORE, given all of the foregoing, the parties, through their respective counsel, respectfully submit that good cause exists under the circumstances and in the interests of the furtherance of justice to modify the Court's June 21, 2018 Scheduling Order so as to briefly continue the non-expert and expert discovery deadlines by one month, such that non-expert discovery would be completed no later than February 25, 2019, designation of experts on March 22, 2019, and rebuttal expert designation by April 15, 2019; and the dispositive motion hearing deadline to June 17, 2019.

IT IS SO STIPULATED.

DATED: October 31, 2018            HELBRAUN LAW FIRM


                                   __/s/_ David M. Helbraun_____
                                   DAVID M. HELBRAUN
                                   Attorneys for Plaintiff
                                   GERALD FRIENDS

DATED: October 31, 2018            PORTER SCOTT


                                   __/s/_ David R. Norton_____
                                   CARL L. FESSENDEN
                                   DAVID R. NORTON
                                   Attorney for Defendants
                                   SAN JOAQUIN COUNTY, et al.


PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING, the parties' stipulation requesting a one-month modification of the pending non-expert and expert discovery deadlines such that non-expert discovery would be completed no later than February 25,

2019, designation of experts on March 22, 2019, and rebuttal expert designation by April 15, 2019, and the dispositive motion hearing deadline to June 17, 2019, is GRANTED.

IT IS SO ORDERED.

Dated: November 2, 2018.

_____
UNITED STATES DISTRICT JUDGE