DAVID M. HELBRAUN  SBN 129840
**HELBRAUN LAW FIRM**
44 Montgomery Street, Suite 3340
San Francisco, CA 94104
Phone:  (415) 986-1338
Fax:      (415) 421-0912
dmh@helbraunlaw.com

Attorneys for Plaintiff
GERALD FRIENDS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRIENDS<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF DEPARTMENT, SAN JOAQUIN COUNTY SHERIFF STEVE MOORE SAN JOAQUIN COUNTY SHERIFF DEPUTY HERNANDEZ, SHERIFF DEPUTY SGT. ORAM, UNIDENTIFIED SAN JOAQUIN COUNTY SHERIFF DEPUTIES, AND DOES 1-50, Jointly and Severally,<br><br>　　　　　Defendants. | Case No.: 2:17-CV-02633-KJM-CKD<br><br>STIPULATION AND ORDER PERMITTING PLAINTIFF TO AMEND COMPLAINT TO NAME DOE DEFENDANTS |

　　　　WHEREAS, an Initial Scheduling Conference was held in this matter on May 24, 2018;

and the Court's Initial Scheduling Pretrial Order then issued on June 21, 2018; and

　　　　WHEREAS the defendants in their written responses to Plaintiff's Requests for Production

of Documents have identified the names of various Sheriff deputies personally involved in the

incident complained of herein by Plaintiff; and

　　　　WHEREAS the parties have agreed to adding those additional Sheriff deputies personally

1

involved in the subject incident as defendants in this action, in the place of previously named "Doe" defendants;

NOW, THEREFORE, the parties, through their respective counsel, respectfully submit that good cause exists under the circumstances and in the interests of the furtherance of justice to permit Plaintiff to file an Amended Complaint specifically adding the following names in and for the previously designated "Doe" defendants numbers 1 through 6: Katrina Aguilar, Pablo Marmolejo, Ruben Rodriguez, Aaron (Pyle) Savage, Robert L. Wagner, and Tyler Gillis.

IT IS SO STIPULATED.

DATED: November 12, 2018     HELBRAUN LAW FIRM

/s/ David M. Helbraun
DAVID M. HELBRAUN
Attorneys for Plaintiff
GERALD FRIENDS

DATED: November 12, 2018     PORTER SCOTT

/s/ David R. Norton
CARL L. FESSENDEN
DAVID R. NORTON
Attorney for Defendants
SAN JOAQUIN COUNTY, et al.

PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING, Plaintiff shall file his Amended Complaint naming Does 1 through 6, within one week of the date of this Order.

DATED: November 21, 2018.

_____
UNITED STATES DISTRICT JUDGE