**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
David R. Norton, SBN 291448
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants, SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF DEPARTMENT, SAN JOAQUIN COUNTY SHERIFF STEVE MOORE, SHERIFF DEPUTY SGT. ORAM, SHERIFF DEPUTY PABLO MARMOLEJO, SHERIFF DEPUTY RUBEN RODRIGUEZ, SHERIFF DEPUTY AARON (PYLE) SAVAGE, SHERIFF DEPUTY ROBERT L. WAGNER, SHERIFF DEPUTY TYLER GILLIS, and SHERIFF DEPUTY KATRINA AGUILAR

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRIENDS, | Case No. 2:17-CV-02633-KJM-CKD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| v. | |
| SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF DEPARTMENT, SAN JOAQUIN COUNTY SHERIFF STEVE MOORE, SAN JOAQUIN COUNTY SHERIFF DEPUTY HERNANDEZ, SHERIFF DEPUTY SGT. ORAM, SHERIFF DEPUTY PABLO MARMOLEJO, SHERIFF DEPUTY RUBEN RODRIGUEZ, SHERIFF DEPUTY AARON (PYLE) SAVAGE, SHERIFF DEPUTY ROBERT L. WAGNER, SHERIFF DEPUTY TYLER GILLIS, SHERIFF DEPUTY KATRINA AGUILAR, and Does 1-50, Jointly and Severally, | **Date:** February 7, 2018<br>**Time:** 9:00 AM<br>**Judge:** Allison Claire<br>**Court Rm.:** 26, 8th Floor<br><br>Complaint Filed: 12/15/2017 |
| Defendants. | |

/ / /

/ / /

{01936327.DOCX}   1
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

This Stipulation is entered into by and between Plaintiff GERALD FRIENDS ("Plaintiff") and Defendants SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF DEPARTMENT, SAN JOAQUIN COUNTY SHERIFF STEVE MOORE, SHERIFF DEPUTY SGT. ORAM, SHERIFF DEPUTY PABLO MARMOLEJO, SHERIFF DEPUTY RUBEN RODRIGUEZ, SHERIFF DEPUTY AARON (PYLE) SAVAGE, SHERIFF DEPUTY ROBERT L. WAGNER, SHERIFF DEPUTY TYLER GILLIS, SHERIFF DEPUTY KATRINA AGUILAR ("Defendants") through counsel of record.

The parties are proceeding with discovery in this matter; however, it has been difficult to complete the depositions of the involved officers due to the holiday season. In order to facilitate a productive settlement conference, the parties agree the settlement conference should be continued to a date after the involved officers' depositions have been completed. The parties have conferred and are available for a settlement conference with Judge Claire on February 7, 2019, at 9:00 a.m.

**IT IS SO STIPULATED.**

Dated: December 17, 2018
PORTER SCOTT
A PROFESSIONAL CORPORATION

By  */s/ David R. Norton*
    Carl L. Fessenden
    David R. Norton
    Attorneys for Defendants

HELBRAUN LAW FIRM

Dated: December 14, 2018

By  */s/ David M. Helbraun*
    David M. Helbraun
    Attorney for Plaintiff

{01936327.DOCX}                                2
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**

**ORDER**

Based upon the Stipulation of the parties, the Settlement Conference currently scheduled for January 10, 2019, is vacated and rescheduled for February 7, 2019, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: December 17, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**