**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
David R. Norton, SBN 291448
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants, SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF DEPARTMENT, SAN JOAQUIN COUNTY SHERIFF STEVE MOORE, SHERIFF DEPUTY SGT. ORAM, SHERIFF DEPUTY PABLO MARMOLEJO, SHERIFF DEPUTY RUBEN RODRIGUEZ, SHERIFF DEPUTY AARON (PYLE) SAVAGE, SHERIFF DEPUTY ROBERT L. WAGNER, SHERIFF DEPUTY TYLER GILLIS, and SHERIFF DEPUTY KATRINA AGUILAR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRIENDS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF DEPARTMENT, SAN JOAQUIN COUNTY SHERIFF STEVE MOORE, SAN JOAQUIN COUNTY SHERIFF DEPUTY HERNANDEZ, SHERIFF DEPUTY SGT. ORAM, SHERIFF DEPUTY PABLO MARMOLEJO, SHERIFF DEPUTY RUBEN RODRIGUEZ, SHERIFF DEPUTY AARON (PYLE) SAVAGE, SHERIFF DEPUTY ROBERT L. WAGNER, SHERIFF DEPUTY TYLER GILLIS, SHERIFF DEPUTY KATRINA AGUILAR, and Does 1-50, Jointly and Severally,<br><br>　　　　Defendants.<br>_____/ | Case No.　2:17-CV-02633-KJM-CKD<br><br>**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER**<br><br><br>Complaint Filed: 12/15/2017<br>First Amended Complaint: 11/28/18 |

/ / /

/ / /

{01965603.DOCX}　　　　　　　　　　　　　　1
**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

This Stipulation is entered into by and between Plaintiff GERALD FRIENDS ("Plaintiff") and Defendants SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF DEPARTMENT, SAN JOAQUIN COUNTY SHERIFF STEVE MOORE, SHERIFF DEPUTY SGT. ORAM, SHERIFF DEPUTY PABLO MARMOLEJO, SHERIFF DEPUTY RUBEN RODRIGUEZ, SHERIFF DEPUTY AARON (PYLE) SAVAGE, SHERIFF DEPUTY ROBERT L. WAGNER, SHERIFF DEPUTY TYLER GILLIS, and SHERIFF DEPUTY KATRINA AGUILAR ("Defendants") (collectively, "The Parties") by and through their respective counsel. The Parties enter into this stipulation and proposed order in compliance with the Federal Rule of Civil Procedure 16(b) and the requirements of the scheduling order. The parties request to briefly continue non-expert and expert discovery deadlines as well as the dispositive motion hearing deadline by one month.

WHEREAS, this case does not currently have a trial date;

WHEREAS, on November 2, 2018, the Court extended the discovery deadlines and dispositive motion deadlines by one month;

WHEREAS, the Parties have diligently been participating in non-expert discovery, including completing the exchange of several sets of written discovery, the deposition of Plaintiff and the depositions of all San Joaquin County officers involved in the incident that led to the filing of this suit;

WHEREAS, the Parties intend to complete four (4) or (5) depositions of third-party witnesses and complete a limited amount of additional written discovery and third-party subpoenas;

WHEREAS, the Parties conducted a settlement conference before Magistrate Judge Allison Claire on February 7, 2019. The Parties were unable to reach a resolution. The Parties believe further settlement discussions in the next 30 days may be fruitful to resolve the matter. However, engaging in further non-expert discovery, designating experts, and preparing for expert discovery will increase the costs for both sides and will make settlement more difficult to achieve.

WHEREAS, the Parties have conferred and propose the following scheduling amendments:

| | |
|---|---|
| Last day to complete non-expert discovery: | March 27, 2019 |
| Last day to disclose expert witness: | April 22, 2019 |
| Last day to disclose rebuttal expert witness: | May 15, 2019 |
| Last day to complete expert discovery: | June 14, 2019 |

{01965603.DOCX} 2
**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER**

Last day to hear dispositive motions: July 17, 2019

Good cause exists for a brief 30-day continuance of the above deadlines to allow the parties to continue to engage in settlement negotiations without incurring additional fees. Thus, the parties are requesting a 30 day continuance to potentially resolve this matter.

**IT IS SO STIPULATED.**

Dated: February 12, 2019
PORTER SCOTT
A PROFESSIONAL CORPORATION

By  */s/ David R. Norton*
Carl L. Fessenden
David R. Norton
Attorneys for Defendants

Dated: February 8, 2019
HELBRAUN LAW FIRM

By  */s/ David M. Helbraun*
David M. Helbraun
Attorney for Plaintiff

## **ORDER**

The scheduling order is modified as follows:

| | |
|---|---|
| Last day to complete non-expert discovery: | March 27, 2019 |
| Last day to disclose expert witness: | April 22, 2019 |
| Last day to disclose rebuttal expert witness: | May 15, 2019 |
| Last day to complete expert discovery: | June 14, 2019 |
| Last day to hear dispositive motions: | July 12, 2019 at 10:00 a.m. |

**IT IS SO ORDERED.**

DATED: February 12, 2019.

_____
UNITED STATES DISTRICT JUDGE

{01965603.DOCX} 3
**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER**