**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
David R. Norton, SBN 291448
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants, SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF DEPARTMENT, SAN JOAQUIN COUNTY SHERIFF STEVE MOORE, SHERIFF DEPUTY SGT. ORAM, SHERIFF DEPUTY PABLO MARMOLEJO, SHERIFF DEPUTY RUBEN RODRIGUEZ, SHERIFF DEPUTY AARON (PYLE) SAVAGE, SHERIFF DEPUTY ROBERT L. WAGNER, SHERIFF DEPUTY TYLER GILLIS, and SHERIFF DEPUTY KATRINA AGUILAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRIENDS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF DEPARTMENT, SAN JOAQUIN COUNTY SHERIFF STEVE MOORE, SAN JOAQUIN COUNTY SHERIFF DEPUTY HERNANDEZ, SHERIFF DEPUTY SGT. ORAM, SHERIFF DEPUTY PABLO MARMOLEJO, SHERIFF DEPUTY RUBEN RODRIGUEZ, SHERIFF DEPUTY AARON (PYLE) SAVAGE, SHERIFF DEPUTY ROBERT L. WAGNER, SHERIFF DEPUTY TYLER GILLIS, SHERIFF DEPUTY KATRINA AGUILAR, and Does 1-50, Jointly and Severally,<br><br>　　　　Defendants.<br>_____/ | Case No.　2:17-CV-02633-KJM-CKD<br><br>**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER**<br><br>Complaint Filed: 12/15/2017<br>First Amended Complaint: 11/28/18 |

/ / /

/ / /

{01999231.DOCX}　　　　　　　　　　　　　　　1
**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

1 This Stipulation is entered into by and between Plaintiff GERALD FRIENDS ("Plaintiff")
2 and Defendants SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF DEPARTMENT,
3 SAN JOAQUIN COUNTY SHERIFF STEVE MOORE, SHERIFF DEPUTY SGT. ORAM,
4 SHERIFF DEPUTY PABLO MARMOLEJO, SHERIFF DEPUTY RUBEN RODRIGUEZ,
5 SHERIFF DEPUTY AARON (PYLE) SAVAGE, SHERIFF DEPUTY ROBERT L. WAGNER,
6 SHERIFF DEPUTY TYLER GILLIS, and SHERIFF DEPUTY KATRINA AGUILAR
7 ("Defendants") (collectively, "The Parties") by and through their respective counsel. The Parties enter
8 into this stipulation and proposed order in compliance with the Federal Rule of Civil Procedure 16(b)
9 and the requirements of the scheduling order. The parties request to briefly continue expert discovery
10 deadlines as well as the dispositive motion hearing deadline by one month.

11 WHEREAS, this case does not currently have a trial date;

12 WHEREAS, on November 2, 2018, the Court extended the non-expert and expert discovery
13 deadlines and dispositive motion deadlines by one month;

14 WHEREAS, the Parties conducted a settlement conference before Magistrate Judge Allison
15 Claire on February 7, 2019. The Parties were unable to reach a resolution.

16 WHEREAS, on February 13, 2019, the Court extended the non-expert and expert discovery
17 deadlines and dispositive motion deadlines by one month to allow the Parties to engage in further
18 settlement discussions;

19 WHEREAS, the Parties have continued to engage in settlement discussions. The Parties
20 believe further settlement discussions in the next 30 days may be fruitful to resolve the matter.
21 However, designating experts and preparing for expert discovery will increase the costs for both sides
22 and will make settlement more difficult to achieve.

23 WHEREAS, the Parties have conferred and propose the following scheduling amendments to
24 extend the expert discovery deadlines and dispositive motion deadlines by approximately two weeks:
25 / / /
26 / / /
27
28

{01999231.DOCX} 2
**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

| | |
|---|---|
| Last day to disclose expert witness: | May 9, 2019 |
| Last day to disclose rebuttal expert witness: | May 31, 2019 |
| Last day to complete expert discovery: | July 2, 2019 |
| Last day to hear dispositive motions: | August 5, 2019 |

Good cause exists for a further continuance of the above deadlines to allow the parties to continue to engage in settlement negotiations without incurring additional fees.

**IT IS SO STIPULATED.**

Dated: April 22, 2019       PORTER SCOTT
                            A PROFESSIONAL CORPORATION

                            By  */s/ David R. Norton*
                                Carl L. Fessenden
                                David R. Norton
                                Attorneys for Defendants

Dated: April 12, 2019       HELBRAUN LAW FIRM

                            By  */s/ David M. Helbraun* *(Authorized 4/12/19)*
                                David M. Helbraun
                                Attorney for Plaintiff

## **ORDER**

Based upon the Stipulation of the parties, the current scheduling order is modified as set forth below.

| | |
|---|---|
| Last day to disclose expert witness: | May 9, 2019 |
| Last day to disclose rebuttal expert witness: | May 31, 2019 |
| Last day to complete expert discovery: | July 2, 2019 |
| Last day to hear dispositive motions: | August 9, 2019 |

**IT IS SO ORDERED.**

DATED: April 22, 2019.

_____
UNITED STATES DISTRICT JUDGE

{01999231.DOCX}                        3
**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER**