**PORTER | SCOTT**

A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
David R. Norton, SBN 291448
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

David M. Helbraun, SBN 129840
HELBRAUN LAW FIRM
44 Montgomery Street, #3340
San Francisco, CA 94104

Attorneys for Defendants, SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF DEPARTMENT, SAN JOAQUIN COUNTY SHERIFF STEVE MOORE, SHERIFF DEPUTY SGT. ORAM, SHERIFF DEPUTY PABLO MARMOLEJO, SHERIFF DEPUTY RUBEN RODRIGUEZ, SHERIFF DEPUTY AARON (PYLE) SAVAGE, SHERIFF DEPUTY ROBERT L. WAGNER, SHERIFF DEPUTY TYLER GILLIS, and SHERIFF DEPUTY KATRINA AGUILAR

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRIENDS, | Case No. 2:17-CV-02633-KJM-CKD |
| Plaintiff, | **STIPULATION AND ORDER PERMITTING PLAINTIFF TO AMEND COMPLAINT TO REMOVE SECOND AND FIFTH CAUSES OF ACTION** |
| v. | |
| SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF DEPARTMENT, SAN JOAQUIN COUNTY SHERIFF STEVE MOORE, SAN JOAQUIN COUNTY SHERIFF DEPUTY HERNANDEZ, SHERIFF DEPUTY SGT. ORAM, SHERIFF DEPUTY PABLO MARMOLEJO, SHERIFF DEPUTY RUBEN RODRIGUEZ, SHERIFF DEPUTY AARON (PYLE) SAVAGE, SHERIFF DEPUTY ROBERT L. WAGNER, SHERIFF DEPUTY TYLER GILLIS, SHERIFF DEPUTY KATRINA AGUILAR, and Does 1-50, Jointly and Severally, | |
| Defendants. | |
| _____/ | Complaint Filed: 12/15/2017 |

{02041950.DOCX}                         1
**STIPULATION AND ORDER PERMITTING PLAINTIFF TO AMEND COMPLAINT TO REMOVE SECOND AND FIFTH CAUSES OF ACTION**

Pursuant to FRCP 15(a)(2) and *Ethridge v. Harbor House Restaurant*, 861 F.2d 1389, 1392 (9th Cir.1991), Plaintiff GERALD FRIENDS and Defendants SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF DEPARTMENT, SAN JOAQUIN COUNTY SHERIFF STEVE MOORE, SHERIFF DEPUTY SGT. ORAM, SHERIFF DEPUTY PABLO MARMOLEJO, SHERIFF DEPUTY RUBEN RODRIGUEZ, SHERIFF DEPUTY AARON (PYLE) SAVAGE, SHERIFF DEPUTY ROBERT L. WAGNER, SHERIFF DEPUTY TYLER GILLIS, and SHERIFF DEPUTY KATRINA AGUILAR hereby stipulate to the following:

WHEREAS, on November 21, 2018, the Court granted Plaintiff leave to file a First Amended Complaint to name Doe defendants pursuant to stipulation of the parties;

WHEREAS, on November 28, 2018, Plaintiff filed a First Amended Complaint naming Doe defendants;

WHEREAS, no trial date has been set in this matter;

WHEREAS, the parties met and conferred in advance of the summary judgment/adjudication deadline regarding Defendants' intention to move for summary adjudication on the Second, Third, Fourth, and Fifth Claims for Relief.

WHEREAS, as a result of the meet and confer process, the Plaintiff agreed to dismiss Plaintiff's Second and Fifth Claims for Relief in the First Amended Complaint in exchange for a waiver of defendants' fees and costs associated with those two claims.

NOW, THEREFORE, the parties, through their respective counsel, respectfully submit that good cause exists under the circumstances and in the furtherance of justice to permit Plaintiff to amend his First Amended Complaint specifically to remove the Second and Fifth claims for relief on the terms described above.

**IT IS SO STIPULATED.**

Dated: July 18, 2019
PORTER SCOTT
A PROFESSIONAL CORPORATION

By: */s/ David R. Norton*
David R. Norton
Attorneys for Defendants

Dated: July 11, 2019                                      HELBRAUN LAW FIRM

By:   */s/ David M. Helbraun* (authorized on 7/11/19)
      David M. Helbraun
      Attorneys for Plaintiff

PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING, Plaintiff shall file his Amended Complaint removing the Second and Fifth Claims for Relief within two weeks of this order.

**IT IS SO ORDERED.**

DATED:  July 18, 2019.

_____
UNITED STATES DISTRICT JUDGE