1  DAVID M. HELBRAUN  SBN 129840
   **HELBRAUN LAW FIRM**
2  44 Montgomery Street, Suite 3340
   San Francisco, CA 94104
3  Phone:  (415) 986-1338
   Fax:    (415) 421-0912
4  Email:  dmh@helbraunlaw.com

5  Attorneys for Plaintiff
   GERALD FRIENDS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRIENDS<br><br>Plaintiff,<br><br>v.<br><br>SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF DEPARTMENT, SAN JOAQUIN COUNTY SHERIFF STEVE MOORE SAN JOAQUIN COUNTY SHERIFF DEPUTY HERNANDEZ, SHERIFF DEPUTY SGT. ORAM, UNIDENTIFIED SAN JOAQUIN COUNTY SHERIFF DEPUTIES, AND DOES 1-50, Jointly and Severally,<br><br>Defendants. | Case No.: 2:17-cv-02633-KJM-CKD<br><br>STIPULATION AND ORDER TO CONTINUE TRIAL SETTING CONFERENCE TO OCTOBER 24, 2019 |

1

WHEREAS, the Court recently set October 4, 2019 for a Trial Setting Conference, and requested a Joint Pre-Trial Conference statement be submitted by September 18, 2019; and

WHEREAS, Plaintiff counsel has a conflict on October 4, 2019 preventing his travel to Sacramento for the Trial Setting Conference; and

WHEREAS, the Court's schedule has changed and October 18, 2019 is no longer an available date for civil law and motion matters, and

WHEREAS, counsel for all parties are available on October 24, 2019 for said Trial Setting Conference;

IT IS HEREBY STIPULATED AND AGREED by the Plaintiff and the Defendants, by and through their respective counsels of record, that good cause exists for the Court to continue the date of the Trial Setting Conference to October 24, 2019, and the deadline for the required Joint Pre-Trial Statement to October 3 2019.

IT IS SO STIPULATED.

DATED: August 27, 2019	HELBRAUN LAW FIRM

/s/David M. Helbraun
DAVID M. HELBRAUN
Attorneys for Plaintiff
GERALD FRIENDS

DATED: August 27, 2019	PORTER SCOTT

/s/David R. Norton
DAVID R. NORTON
Attorney for Defendants
SAN JOAQUIN COUNTY, et al.

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING, the date of the Trial Setting Conference shall be continued to November 1, 2019 at 10:00 a.m., and the deadline for the required Joint Pre-Trial Statement to October 11, 2019.

IT IS SO ORDERED.

Dated: August 29, 2019.

_____
UNITED STATES DISTRICT JUDGE