**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
David R. Norton, SBN 291448
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants, SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF DEPARTMENT, SAN JOAQUIN COUNTY SHERIFF STEVE MOORE, SAN JOAQUIN COUNTY SHERIFF DEPUTY HERNANDEZ, SHERIFF DEPUTY SGT. ORAM, SHERIFF DEPUTY PABLO MARMOLEJO, SHERIFF DEPUTY RUBEN RODRIGUEZ, SHERIFF DEPUTY AARON (PYLE) SAVAGE, SHERIFF DEPUTY ROBERT L. WAGNER, SHERIFF DEPUTY TYLER GILLIS, and SHERIFF DEPUTY KATRINA AGUILAR

DAVID M. HELBRAUN, SBN 129840
**HELBRAUN LAW FIRM**
555 Montgomery Street, Suite 605
San Francisco, California 94111
TEL: 415.982.4000
Attorneys for Plaintiff GERALD FRIENDS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRIENDS, | Case No. 2:17-CV-02633-KJM-CKD |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF INDIVIDUALLY NAMED DEFENDANTS AND [PROPOSED] ORDER** |
| v. | |
| SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF DEPARTMENT, SAN JOAQUIN COUNTY SHERIFF STEVE MOORE, SAN JOAQUIN COUNTY SHERIFF DEPUTY HERNANDEZ, SHERIFF DEPUTY SGT. ORAM, SHERIFF DEPUTY PABLO MARMOLEJO, SHERIFF DEPUTY RUBEN RODRIGUEZ, SHERIFF DEPUTY AARON (PYLE) SAVAGE, SHERIFF DEPUTY ROBERT L. WAGNER, SHERIFF DEPUTY TYLER GILLIS, SHERIFF DEPUTY KATRINA AGUILAR, and Does 1-50, Jointly and Severally, | Complaint Filed: 12/15/2017 |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff GERALD FRIENDS and Defendants SAN JOAQUIN COUNTY SHERIFF STEVE MOORE, SAN JOAQUIN COUNTY SHERIFF DEPUTY HERNANDEZ, SHERIFF DEPUTY SGT. ORAM, SHERIFF DEPUTY PABLO MARMOLEJO, SHERIFF DEPUTY RUBEN RODRIGUEZ, SHERIFF DEPUTY AARON (PYLE) SAVAGE, SHERIFF DEPUTY ROBERT L. WAGNER, SHERIFF DEPUTY TYLER GILLIS, and SHERIFF DEPUTY KATRINA AGUILAR, that this action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a).

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs, including all attorneys' fees.

**IT IS SO STIPULATED.**

Dated: April 21, 2020　　　　　　　　　　　PORTER SCOTT
　　　　　　　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION

　　　　　　　　　　　　　　　　　　　　　By /s/Carl L. Fessenden
　　　　　　　　　　　　　　　　　　　　　　　Carl L. Fessenden
　　　　　　　　　　　　　　　　　　　　　　　David R. Norton
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants


Dated: April 21, 2020　　　　　　　　　　　LAW FIRM OF DAVID M. HELBRAUN

　　　　　　　　　　　　　　　　　　　　　By /s/David Helbraun (authorized 4/16/2020)
　　　　　　　　　　　　　　　　　　　　　　　David Helbraun
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

**[PROPOSED] ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice. Each party is to bear their own fees and costs, including all attorneys' fees.

Dated:　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Kimberly J. Mueller
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF INDIVIDUALLY NAMED DEFENDANTS AND [PROPOSED] ORDER**