# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRIENDS,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOAQUIN COUNTY, et al.,<br><br>Defendants. | No. 2:17-CV-02633-KJM-CKD<br><br>ORDER |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff GERALD FRIENDS and Defendants SAN JOAQUIN COUNTY and SAN JOAQUIN COUNTY SHERIFF DEPARTMENT that SAN JOAQUIN COUNTY and the SAN JOAQUIN COUNTY SHERIFF DEPARTMENT be dismissed and that this action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a).

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs, including all attorneys' fees.

**IT IS SO STIPULATED.**

Dated: July 13, 2020

By /s/Carl L. Fessenden
Carl L. Fessenden
David R. Norton
Attorneys for Defendants

Dated: May 18, 2020

LAW FIRM OF DAVID M. HELBRAUN

By /s/David Helbraun (authorized 5/18/2020)
David Helbraun
Attorneys for Plaintiff

**ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice. Each party is to bear their own fees and costs, including all attorneys' fees.

DATED: July 13, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE